WILLIAM E. FRAZIER (SBN 228460)
BANGERTER FRAZIER & GRAFF, PC
5901 W. Century Blvd Ste 750
Los Angeles, CA 90045
Telephone: 866-769-6742
Facsimile: 866-769-6747
bill@bfgfirm.com

JARED G. BRANDE (*pro hac vice*)
Utah Bar No. 11514
ROBERT D. SPENDLOVE (*pro hac vice*)
Utah Bar No. 15924
GURR BRANDE & SPENDLOVE, PLLC
491 E. Riverside Drive, 4B
St. George, UT 84790
jared@gbsip.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUATTY POTTY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEP AND GO HEALTH, LLC,<br><br>Defendant. | **Case No. 2:20-CV-03953-CBM-RAOx**<br><br>Judge:  CONSUELO B. MARSHALL<br><br>CONSENT ORDER        [JS-6]<br><br>Action Commenced: 30 Apr 2020 |

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that Plaintiff SQUATTY POTTY, LLC ("SQUATTY POTTY") and Defendant STEP AND GO HEALTH, LLC ("STEP AND GO") have agreed to a resolution of all claims that were brought by them in this Civil Action.

**WHEREFORE**, with the consent of SQUATTY POTTY and STEP AND GO through their undersigned attorneys, it is finally ordered, adjudged, and decreed as follows:

1.     All claims or counterclaims brought by each party against the other in

1    this action are hereby dismissed with prejudice.

2        2.        Without waiver of any objections to jurisdiction, venue, or forum

3    convenience that may have been brought in this action, the Court shall retain

4    jurisdiction over this action to enforce the terms and conditions of the parties'

5    agreement.

6        3.        Each party shall bear its own costs and attorney's fees.

7

8

9

10   Dated: 20 May 2021                    /s/ *Robert D. Spendlove*

11                                         William A. Frazier
12                                         (California Bar No. 228460)
                                           Robert D. Spendlove (*pro hac vice*)
13                                         (Utah Bar No. 15924)
                                           Jared G. Brande (*pro hac vice*)
14                                         (Utah Bar No. 11514)

15
16                                         Attorneys for Plaintiff
                                              /S/ NEIL C. EVANS
17   Dated:  05/25/2021
18                                         _____

19                                         Mark A. Weinstein
                                           (California Bar No. 67974)
20                                         Neil C. Evans
                                           (California Bar No. 105669)
21
22                                         Attorneys for Defendant

23   IT IS SO ORDERED.

24

25   Dated: JULY 28, 2021               _____
26
                                           HON. CONSUELO B.MARSHALL
27                                         United States District Judge

28

2
CONSENT ORDER